UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



| | | |
|---|---|---|
| ROBERT H. BRAVER, an individual | ) | |
| | ) | JAN 3 0 2006 |
| Plaintiff, | ) | ROBERT D. DENNIS, CLERK |
| | ) | U.S. DIST. COURT, WESTERN DIST. OF OKLA. |
| v. | ) | BY_____DEPUTY |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, a | ) | |
| Delaware corporation, et al. | ) | Case No. CIV-04-1013-W |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, a | ) | |
| Delaware corporation, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INNOVATIVE MARKETING, INC. d/b/a LEAD | ) | |
| EXTREME, a Washington Corporation, et al. | ) | |
| | ) | |
| Cross-Defendants. | ) | |

## ORDER

Before the Court is the plaintiff's motion for a protective order [docket entry no. 228]. On

the 18th of January, 2006, United States Magistrate Judge Bana Roberts entered her Report and

Recommendation finding no objective contraindication why the motion should not be granted, and

concluding that the proposed protective order should be entered in this case. Having received no

timely objection to the Report and Recommendation, the Court adopts the findings and conclusions

set forth therein. The Court, therefore, directs the Plaintiff to submit the proposed protective order

to the Court on or before February 10, 2006, for the Court's approval.

ENTERED this 30th day of January, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE