**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ROBERT H. BRAVER, an individual,                                                    )
                                            Plaintiff,                              )
vs.                                                                                 ) Case No. CIV-04-1013-W
                                                                                    )
AMERIQUEST MORTGAGE COMPANY, a                                                      )
Delaware corporation, INNOVATIVE MARKETING,                                        )
INC., d/b/a LEAD EXTREME, a Washington corporation,                                )
THE LOAN PAGE, INC., a Delaware corporation,                                       )
STECROFT HOLDINGS, INC., as successor in interest to                               )
GO APPLY, INC., d/b/a ELEADZ, a Nevada corporation,                                )
JOHN DOES    1-50, MI SOLUTIONS, INC., a California                                 )
corporation, LEAD ASSOCIATION CORP, a California                                   )
corporation, THE LEAD SOURCE, INC., a California                                   )
corporation, COMMISSION JUNCTION, INC., a                                           )
Delaware corporation, AVALON TRADING COMPANY,                                       )
LLC, a California corporation, IMPACT WEB                                           )
ENTERPRISES, INC., a California corporation,                                        )
LEAD2.NET, INC., a Florida corporation, SUNBURN                                     )
MARKETING GROUP, LLC, a California limited liability                                )
company, MONEYNEST HOLDINGS, INC., a California                                     )
Corporation, INTERNATIONAL WEBWORKS.COM,                                            )
LLC, a Colorado limited liability company, NICK                                     )
HETCHER, an individual, LIBERTY LEAD SOURCE,                                        )
INC, a Nevada corporation, TIM FAUST, an individual,                               )
DOTCOM MARKETING GROUP, INC., a Florida                                             )
corporation, INETMEDIA, a California corporation,                                   )
LEADCORP, a California corporation, LEAD                                            )
TRANSFER, LLC, a Nevada limited liability company,                                  )
ABACUS ENTERPRISES, INC., a California corporation,                                 )
TANDAX, INC., a Washington corporation                                              )
                                            Defendants.                             )
_____
AMERIQUEST MORTGAGE                                                                 )
COMPANY, a Delaware corporation,                                                    )
                                            Cross-Complainant,                      )
vs.                                                                                 )
                                                                                    )
INNOVATIVE MARKETING, INC. d/b/a                                                    )
LEAD EXTREME, a Washington Corporation;                                             )
VISIUM SOLUTIONS CORPORATION, a                                                     )
Florida corporation; and PROFESSIONAL                                               )
EQUITY MARKETING, a California                                                      )
Corporation, and ROES I-50, inclusive,                                             )
                                            Cross-Defendant.                        )

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS AND MAKE ARGUMENT RELATING TO SAID DOCUMENTS UNDER SEAL

**COMES NOW** the Plaintiff, Robert H. Braver, by and through his attorneys of record, and respectfully requests that this Court permit him to file a portion of the argument and exhibits to Plaintiff's Response to Defendant Wisdom Companies, LLC f/k/a Sunburn Marketing Group, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12 (B)(2)) and Brief in Support under seal.  This Application is made pursuant to the E-Government Act of 2002 and the ECF Policies and Procedures Manual at II.H.2 and III.A.  In support of this application, Plaintiff states as follows:

1. Plaintiff's Response to Defendant Wisdom Companies, LLC f/k/a Sunburn Marketing Group, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12 (B)(2)) and Brief in Support is due to be filed with the Court today, February 16, 2006.

2. A portion of Plaintiff's Argument paraphrases, summarizes, or otherwise contains information derived from documents produced by Wisdom Companies designated as "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY'S EYES ONLY.

3. The arguments related to the confidential documents are crucial to Plaintiff's Response to Defendant Wisdom Companies, LLC f/k/a Sunburn Marketing Group, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12 (B)(2)) and Brief in Support.  Plaintiff's Response Brief, including the arguments requested to be filed under seal, will not exceed twenty-five (25) pages.

4. Pursuant to the Protective Order entered by this Court on February 13, 2006, Plaintiff is required to request leave of the Court to file "any pleadings, motions, memoranda, briefs, deposition transcripts, discovery requests and responses, exhibits, and other documents or things which produce, paraphrase, summarize, or otherwise contain

any information designated as "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY'S EYES ONLY" by a party" under seal.    Pursuant to ECF Policies and Procedures Manual at II.H.2 and III.A, the documents shall be submitted to the Court in a clearly identified envelope containing the notation: "Document filed under seal pursuant to the E-Government Act."

5.    Defendant Wisdom Companies, by and through its counsel, Daniel C. Lapidus, has agreed to the terms of the Protective Order.  See Exhibit 1.

## **RELIEF REQUESTED**

1.    An Order permitting Plaintiff to file documents produced by Wisdom Companies and designed as "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY'S EYES ONLY" and arguments related to said documents, which would have been contained in Plaintiff's Response to Defendant Wisdom Companies, LLC f/k/a Sunburn Marketing Group, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12 (B)(2)) and Brief in Support if not for the designation of the documents as confidential, under seal in a clearly identified envelope containing the notation: "Documents filed under seal pursuant to the E-Government Act."

2.    Plaintiff's Response Brief to Defendant Wisdom Companies, LLC f/k/a Sunburn Marketing Group, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12 (B)(2)) and Brief in Support, inclusive of the arguments requested to be filed under seal, will not exceed twenty-five (25) pages in length.

**WHEREFORE**, the Plaintiff, Robert H. Braver respectfully requests that this Court permit him to file a portion of the argument and exhibits to Plaintiff's Response to Defendant Wisdom Companies, LLC f/k/a Sunburn Marketing Group, LLC's Motion to

Dismiss for Lack of Personal Jurisdiction (FRCP 12 (B)(2)) and Brief in Support under seal.

Respectfully submitted,

S// Luke Wallace
Luke J. Wallace, OBA #16070
David Humphreys, OBA #12346
Attorneys for Plaintiff
Humphreys Wallace Humphreys, PC
1724 East Fifteenth Street
Tulsa, Oklahoma 74104
Telephone: (918) 747-5300
Fax: (918) 747-5311
luke@hwh-law.com
david@hwh-law.com

   - AND -

Michael R. McKee, OBA # 6018
Attorney for Plaintiff
McKee Law Firm
Post Office Box 1351
Norman, Oklahoma  73070
Telephone: (405) 360-2322
Fax: (405) 366-6416 FAX
mike@mckeelawfirm.com